UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC J. LESANE,

           Plaintiff,

           -against-

MAYOR, MICHAEL R. BLOOMBERG D/B/A THE
CITY OF NEW YORK, THE CITY OF NEW YORK,
MUNICIPAL CORPORATION, THE CITY OF NEW YORK,
BOARD OF CORRECTIONS, THE CITY OF NEW YORK,
DEPARTMENT OF CORRECTIONS, RIKER'S ISLAND
OTIS BANTUM, CORRECTIONAL CENTER/C.P.S.U.,

           Defendants.
------------------------------------------------------------X

**ORDER**
11 Civ. 6907(AT)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/13

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the defendants and plaintiff pro se on July 11, 2013. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that on or before August 1, 2013, the plaintiff shall respond to the defendants' outstanding discovery demands. The plaintiff is reminded that failing to comply with a court order may expose him to sanctions, including the dismissal of his complaint.

Dated: New York, New York
        July 11, 2013

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE